UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| STEVEN A. CABRERA, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN & PLEASANCE NORTH AMERICA, INC., *a Washington corporation*,<br><br>Defendant. | No. 2:26-cv-00991-JHC<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>**NOTING DATE: April 15, 2026** |

Plaintiff Steven A. Cabrera ("Plaintiff"), together with Defendant Martin & Pleasance North America, Inc. ("Defendant") (collectively, "the Parties"), by and through their respective undersigned counsel, hereby stipulate that Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended by 30 days to May 20, 2026. There has been no prior extension.

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO
COMPLAINT - 1
CASE NO. 2:26-cv-00991-JHC

Dated this 15th day of April 2026.

ANGELI & CALFO LLC

By: */s/ Tyler S. Weaver*
Tyler S. Weaver, WSBA #29413
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810
tylerw@angelicalfo.com

*Attorneys for Defendant Martin &
Pleasance North America, Inc.*

LAW OFFICE OF CARL J. MARQUARDT PLLC

By: */s/ Carl J. Marquardt*
Carl J. Marquardt, WSBA #23257
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel: 206-388-4498
carl@cjmlawoffice.com

CHARLES C. WELLER APC

By: */s/ Charles C. Weller*
Charles C. Weller, *admitted pro hac vice*
11412 Corley Court
Building 4, Suite 200
San Diego, CA 92126
Tel: 858-414-7465
legal@cweller.com

*Attorneys for Plaintiff Steven A. Cabrera*

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO
COMPLAINT - 2
CASE NO. 2:26-cv-00991-JHC

**ORDER**

IT IS SO ORDERED.

Dated this 15th day of April 2026.

_John H. Chun_
_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO
COMPLAINT - 3
CASE NO. 2:26-cv-00991-JHC